**Rodney HILL, Petitioner–Appellant,**

v.

**UNITED STATES of America; D. Blakney, (Ms.) Supervisor of Education; J. Bolyar, (Mr.) Associate Warden; P. Bulter, (Ms.) Unit Manager, Respondents–Appellees.**

**No. 09–7630.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: June 29, 2010.

Rodney Hill, Appellant Pro Se. Rita R. Valdrini, Assistant United States Attorney, Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Hill seeks to appeal the magistrate judge's entry of an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir.1975), notifying Hill of the need to respond to a summary judgment motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hill seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*